■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAFAYETTE CUNNINGHAM, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on April 24, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Carro, Silverman and Milonas, JJ.

## (October 12, 1982)

■ AMERICAN GOLD CHAIN CO., INC., Respondent, v LIBERTY MUTUAL INSURANCE COMPANY, Appellant, and A & R BURGLAR ALARM CORP., Respondent. — Judgment, Supreme Court, New York County (I. Smith, J.), entered on August 29, 1980, unanimously affirmed. Each respondent shall recover of appellant $75 costs and disbursements of this appeal. Appeals from the order of said court (Fingerhood, J.), entered on July 17, 1980, and the judgment of said court (I. Smith, J.), entered on February 1, 1980, are dismissed as subsumed in the appeal from the judgment of August 29, 1980, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Carro, Silverman and Milonas, JJ.

■ KINNEY SYSTEM, INC., Appellant, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Respondent. — Order, Supreme Court, New York County (Nadel, J.), entered on November 7, 1980, and entered as a judgment in December, 1980, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Carro, Silverman and Milonas, JJ.

■ A. I. CREDIT CORPORATION, RESPONDENT, v LONRHO (INTERNATIONAL INSURANCE BROKERS) LIMITED, Appellant. (Action No. 1.) AFCO CREDIT CORPORATION, Respondent, v LONRHO (INTERNATIONAL INSURANCE BROKERS) LIMITED, Appellant. (Action No. 2.) — Order, Supreme Court, New York County (A. Klein, J.), entered on March 13, 1981, unanimously affirmed. Respondent in Action No. 1 shall recover of appellant in Action No. 1 $75 costs and disbursements of this appeal. The appeals from the orders of said court, entered on June 12, 1979 and May 15, 1980, are unanimously dismissed as being superseded by the appeal from the order entered on March 13, 1981, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Carro, Silverman and Milonas, JJ.

■ CHARLES OFFSET COMPANY, INCORPORATED, Appellant, v LITHOCRAFT, INC., et al., Respondents. — Order, Supreme Court, New York County (Leonforte, J.), entered on June 30, 1982, unanimously affirmed, on the opinion of Leonforte, J. Those respondents filing briefs shall recover of appellant one bill of $50 costs and disbursements of this appeal. Concur — Sullivan, J. P., Carro, Silverman and Milonas, JJ.